UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>-vs.-<br><br>DEBORAH EVERLY, ISABEL MARBLE, EVAN, MARBLE and KATHY MARBLE,<br><br>Defendants. | Cause No. CV-22-06-BU-BMM<br><br>**THE HON. BRIAN M. MORRIS**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY** |

Plaintiff Safeco Insurance Company of America ("Safeco"), having filed an unopposed motion to stay all action in this matter up to and including August 1, 2022, and finding good cause, the Court hereby ORDERS as follows:

All action in this case is stayed for the period of time up to and including August 1, 2022. This includes a stay for (1) Defendants to file their Answer(s) or otherwise make an initial appearance in this matter; (2) conducting a Preliminary Pretrial Conference; (3) serving Rule 26(a)(1) disclosures; and (4) all other discovery for the time period up to and including August 1, 2022.

The parties are further ordered to file a status report on or before August 1, 2022.

DATED this 20th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

cc: Paul N. Tranel / E
BOHYER, ERIC