IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) | Cause No. CV-22-06-BU-BMM |
| Plaintiff, | ) ) | The Hon. Brian M. Morris |
| -vs.- | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DEBORAH EVERLY, ISABEL MARBLE, EVAN MARBLE and KATHY MARBLE, | ) ) ) ) | |
| Defendants. | ) | |

---

Upon Safeco Insurance Company of America's Notice of Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear their own costs and attorneys' fees incurred herein.

DATED this 26th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court